# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON R. SULLIVAN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | **Case No. 1:15-cv-00376-EPG**<br><br>**ORDER FOR EXTENSION OF TIME**<br><br>(ECF No. 18) |

　　　　Based on the stipulation between the parties (a fully-executed version of which is on the docket at ECF No. 18), and good cause appearing, Defendant shall receive an extension of time to file her opposition brief. Defendant shall file her opposition brief no later than January 27, 2016. Plaintiff may file her reply no later than February 11, 2016.

IT IS SO ORDERED.

　　Dated:　**December 28, 2015**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1